ACCEPTED
04-15-00596-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 10:12:22 PM
KEITH HOTTLE
CLERK

No. 04-15-00596-CR

Isidro Espinosa SOLIS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 175th Judicial District Court, Bexar County, Texas

Trial Court No. 2014CR2691

Honorable Mary D. Roman, Judge Presiding

## APPLANT'S REPLY TO COURT'S REQUEST REGARDING MAINTAING APPEAL ON THE COURTS DOCKET

To The Honorable Justices of Said Court:

Now comes Isidro Espinosa Solis, Defendant Herein, who, by and through the undersigned attorney of record, respectfully files this response to this Honorable Court's Order of September 30, 2015 to explain why the instant appeal should not be dismissed for want of Jurisdiction. Appellant offers the following:

Counsel for Appellant filed Notice of Appeal on September 17, 2015 as is stated in this Honorable Court's Order of September 30, 2015. Counsel for Appellant became aware of his error in that he miscounted the calendar days for the subject appeal by 2 days on September 30, 2015.

Immediately upon becoming aware of this error, Counsel for Appellant filed a Motion for Extension of time to file Notice of Appeal on September 30, 2015. The subject Motion was filed through the mailbox rule. Counsel for Appellant placed proper postage on said Motion and in order to be absolutely certain that said Motion was addressed to the proper Court, Counsel for Appellant sent a copy to the Bexar County District Clerk as well as the Clerk for the Fourth Court of Appeals.

In the Motion for extension of time Counsel for Appellant respectfully requested a two day extension of time to file the Notice of Appeal in the Instant Case from September 15, the due date for the Notice of Appeal to September 17, 2015.

Counsel for Appellant timely filed a Motion for an Extension to File Notice Of Appeal by September 30, 2015, 15 days after the Notice of Appeal was due. At the time of the filing the Notice of Appeal had already been filed on September 17, 2015. Thus, Appellant's Counsel adhered to the requirement that the Notice of Appeal and the an accompanying Motion to Extend time to file Notice of Appeal be filled within 15 days of the due date of the Notice of Appeal pursuant to Tex. R. App. P. 26.2.

A Clerk for the Honorable Fourth Court of Appeals contacted Counsel for Appellant's office on or about Friday October 16, 2015 and on Monday October 19, 2015. On October 19, 2015 Counsel for Appellant spoke with said Clerk who informed counsel that the Motion for Extension of Time To File Notice of Appeal would need to be re-submitted electronically and the same Motion that was filed by mail would also be provided to the Motion to Extend Time to File Notice of Appeal on this date.

WHEREFORE, PREMISES CONSIDERED, APPELLANT respectfully moves that this Honorable Court maintain this Appeal on its docket due to the fact that the Notice of Appeal and a Motion to Extend time for Filing Notice Of Appeal were both filed within 15 days of the due date of the Notice Of Appeal in the instant cause.

Respectfully submitted:

John David Herrick

115 E. Travis Street Ste. 333

San Antonio, Texas 78205

SBN 24000478

Attorney for Isidro Espinosa Solis

Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was sent to the Bexar County District Attorney on this the 20th day of October, 2015

John D. Herrick